Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

|  |  |
|---|---|
| DAVE PALLIES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br>　　　　　　Defendant. | No. 2:16-CV-01437 RSL<br><br>[~~PROPOSED~~] ORDER TO CONTINUE DISCOVERY COMPLETION DATE TO JUNE 19, 2017<br><br>NOTE ON MOTION CALENDAR:<br><br>May 9, 2017 |

THIS MATTER came before the Court on the parties' Stipulated Motion to Continue Discovery Completion Date to June 19, 2017. The court having read and considered the stipulated motion and attached evidence, determines that the parties' Motion should be GRANTED; therefore, it is hereby:

1. ORDERED that the discovery completion date be extended from June 4, 2017 to June 19, 2017. This order does not alter any other deadline in the Minute Order Setting Trial Date & Related Dates. [Dkt. # 9]

///

ORDER TO CONTINUE DISCOVERY - 1
2:16-CV-01437-RSL

BEAN LAW GROUP
2200 Sixth Avenue, Suite 835
Seattle, WA 98121
(206) 522-0618
Fax (206) 524-3751

DATED this 11th day of May, 2017.

_____
The Hon. Robert S. Lasnik

Presented by:

BEAN LAW GROUP

_____
Matthew J. Bean, WSBA #23221
Attorney for Plaintiff
Bean Law Group
(206) 522-0618
(206) 524-3751 (fax)
matt@beanlawgroup.com


MORGAN, LEWIS & BOCKIUS LLP

_____
Melinda Riechert
Jennifer Svanfeldt
Attorneys for Defendant
One Market Street, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000


RIDDELL WILLIAMS P.S.

_____
Laurence A. Shapero, WSBA #31301
Attorney for Defendant
1001 Fourth Ave, Suite 4500
Seattle, WA 98154
(206) 389-1661

ORDER TO CONTINUE DISCOVERY - 2
2:16-CV-01437-RSL