THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PALLIES,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>        Defendant. | Case No. 2:16-cv-1437<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE TRIAL AND EXTEND RELATED DATES |

[~~PROPOSED~~] ORDER GRANTING
STIPULATION AND REQUEST TO CONTINUE
TRIAL AND EXTENDED RELATED DATES -- i
(No. 2:16-cv-1437)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
ONE MARKET
SPEAR STREET TOWER
SAN FRANCISCO, CA 94105-1596
+1.415.442.1000

1  WHEREAS, the Parties having filed a stipulation and request for an order continuing trial
2  and extend related dates, and good cause appearing:
3  IT IS HEREBY ORDERED that the trial in this case, currently scheduled for October 2,
4  2017, is hereby continued to March 5, 2018. The Court further directs the Clerk to issue a new
5  scheduling order re-setting the corresponding pre-trial deadlines based on the new trial date.
6  IT IS SO ORDERED.
7  Dated this 6th day of September, 2017.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
Attorneys for Defendant The Boeing Company

s/Melinda Riechert
Melinda Riechert (admitted *pro hac vice*)
Jennifer Svanfeldt (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: (650) 843-4000
Fax: (650) 843-4001
Email: melinda.riechert@morganlewis.com

s/Laurence A. Shapero
Laurence A. Shapero, WSBA 31301
FOX ROTHSCHILD LLP
1001 Fourth Avenue, #4500
Seattle, WA 98154
Phone: 206-389-1661
Fax: 206-389-1708
Email:lshapero@foxrothschild.com

///

[PROPOSED] ORDER GRANTING
STIPULATION AND REQUEST TO CONTINUE
TRIAL AND EXTENDED RELATED DATES -- 1
(No. 2:16-cv-1437)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
ONE MARKET
SPEAR STREET TOWER
SAN FRANCISCO, CA 94105-1596
+1.415.442.1000

1 | Attorneys for Plaintiff David Pallies

2 | *s/Matthew J. Bean*
Matthew J. Bean, WSBA #23221
3 | BEAN LAW GROUP
2200 Sixth Avenue, Suite 835
4 | Seattle, WA 98121
Tel: (206) 522-0618
5 | Fax: 206-524-3751
Email: matt@beanlawgroup.com

26 | [PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE TRIAL AND EXTENDED RELATED DATES -- 2
(No. 2:16-cv-1437)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
ONE MARKET
SPEAR STREET TOWER
SAN FRANCISCO, CA 94105-1596
+1.415.442.1000