UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PALLIES,

        Plaintiff,

v.

THE BOEING COMPANY, a Delaware corporation

        Defendant.

Case No. C16-1437RSL

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on plaintiff's motion for reconsideration. Dkt. # 52. The motion underlying the Court's order was plaintiff's motion to compel, Dkt. # 20, which primarily sought discovery of certain privileged conversations, but also raised a dispute with defendant over the availability of depositions, Dkt. # 20 at 10; Dkt. # 34 at 6. On September 6, 2017, the Court denied plaintiff's motion, concluding the attorney-client privilege covered the conversations at issue. Dkt. # 49. Plaintiff does not move for reconsideration of that ruling, but instead reasserts his argument regarding the disputed depositions noted above.[1]

Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been

---

[1] Plaintiff's motion for reconsideration raises a second issue from his original motion, but a recent filing by plaintiff indicates that issue has since been resolved. See Dkt. # 54.

ORDER DENYING MOTION FOR
RECONSIDERATION - 1

brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff has failed to meet that standard, but because he preserved the aforementioned argument before the discovery cutoff, the Court will allow him to reassert it in a subsequent motion.

The Court will DENY plaintiff's motion for reconsideration, but grant plaintiff leave to file one additional motion limited to the deposition dispute referenced in his motion for reconsideration. Plaintiff is directed to file that motion on or before Thursday, October 5, 2017.

DATED this 2nd day of October, 2017.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
RECONSIDERATION - 2