THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID PALLIES,<br><br>        Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>        Defendant. | Case No. 2:16-cv-1437<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE TRIAL AND EXTEND RELATED DATES** |

[~~PROPOSED~~] ORDER GRANTING
STIPULATION AND REQUEST TO
CONTINUE TRIAL AND EXTEND
RELATED DATES -- i
(No. 2:16-cv-1437)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
ONE MARKET
SPEAR STREET TOWER
SAN FRANCISCO, CA 94105-1596
+1.415.442.1000

1  WHEREAS, the Parties having filed a stipulation and request for an order continuing trial
2  and extending related dates, and good cause appearing:
3  IT IS HEREBY ORDERED that the trial in this case, currently scheduled for March 5,
4  2018, is hereby continued to September 10, 2018. The Court further directs the Clerk to issue a
5  new scheduling order re-setting the corresponding pre-trial deadlines based on the new trial date.
6  IT IS SO ORDERED.
7  Dated this 23rd day of January, 2018.

8  _____
9  HON. ROBERT S. LASNIK
   UNITED STATES DISTRICT JUDGE

10
11
12
13 Presented by:
   Attorneys for Defendant The Boeing Company
14
   s/Melinda Riechert
15 Melinda Riechert (admitted *pro hac vice*)
   Jennifer Svanfeldt (admitted *pro hac vice*)
16 MORGAN, LEWIS & BOCKIUS LLP
   3000 El Camino Real, Suite 700
17 Palo Alto, CA 94306
   Tel: (650) 843-4000
18 Fax: (650) 843-4001
   Email: melinda.riechert@morganlewis.com
19
   s/Laurence A. Shapero
20 Laurence A. Shapero, WSBA 31301
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
21 800 Fifth Avenue, Suite 4100
   Seattle, WA 98104
22 Phone: 206-876-5301
   Fax: 206-693-7058
23 Email: laurence.shapero@ogletree.com

24 ///
25 ///
26 [PROPOSED] ORDER GRANTING
   STIPULATION AND REQUEST TO
   CONTINUE TRIAL AND EXTEND
   RELATED DATES -- 1
   (No. 2:16-cv-1437)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
ONE MARKET
SPEAR STREET TOWER
SAN FRANCISCO, CA 94105-1596
+1.415.442.1000

1 | Attorneys for Plaintiff David Pallies

2 | *s/Cody Fenton-Robertson*
Matthew J. Bean, WSBA #23221
3 | Cody Fenton-Robertson, WSBA #47879
BEAN LAW GROUP
4 | 2200 Sixth Avenue, Suite 835
Seattle, WA 98121
5 | Tel: (206) 522-0618
Fax: 206-524-3751
6 | Email: matt@beanlawgroup.com
cody@beanlawgroup.com

---

25
26 | [PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE TRIAL AND EXTEND RELATED DATES -- 2
(No. 2:16-cv-1437)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
ONE MARKET
SPEAR STREET TOWER
SAN FRANCISCO, CA 94105-1596
+1.415.442.1000