UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID PALLIES,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

Case No. C16-1437RSL

ORDER FOR FURTHER BRIEFING

On June 29, 2018, the Court entered an order granting summary judgment in favor of defendant, the Boeing Company. Dkt. # 61. Plaintiff timely filed a motion seeking reconsideration of three issues. Dkt. # 63. Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). For the first two issues, the Court concludes that plaintiff has failed to meet that standard and, for those two issues, the motion is DENIED. The Court, however, will reserve ruling on the third issue: whether, under the Washington Court of Appeals decision Wheeler v. Catholic Archdiocese of Seattle, 65 Wn. App. 552 (1992), rev'd in part on other grounds, 124 Wn.2d 634 (1994), Boeing's obligation to accommodate Pallies extended to informing him of a crane scheduler position that became open after his termination; and if so, whether that duty's existence merits reconsideration of the Court's decision to grant summary judgment in favor of Boeing. See Dkt. # 63 at 8–9.

ORDER FOR FURTHER BRIEFING - 1

Pursuant to LCR 7(h)(3), Boeing will be given an opportunity to respond to the motion for reconsideration. The Clerk of Court is directed to renote the motion, Dkt. # 63, on the Court's calendar for September 28, 2018. Boeing's response is due on September 26, 2018, and plaintiff's reply is due on the note date.

DATED this 17th day of Sept., 2018.

Robert S. Lasnik
United States District Judge