UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DAVID PALLIES, | Case No. 2:16-CV-1437-RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER VACATING JUDGMENT IN FAVOR OF DEFENDANT |
| THE BOEING COMPANY, | |
| Defendant. | |

The Court, having granted plaintiff's motion for reconsideration, hereby VACATES the judgment entered in favor of defendant on June 29, 2018. See Dkt. #62. Defendant's motion for bill of costs is DENIED as moot. See Dkt. #64.

DATED this 27th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING JUDGMENT
IN FAVOR OF DEFENDANT - 1