The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID PALLIES,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | No. 2:16-cv-1437-RSL<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2)(A)(ii), Plaintiff David Pallies and Defendant The Boeing Company hereby stipulate to the dismissal of this action with prejudice in its entirety, with each party to bear his and its own costs and attorneys' fees.

SO STIPULATED this 9th day of July, 2019.

| THE BEAN LAW GROUP | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| By: s/ Matthew J. Bean (with permission)<br>Matthew J. Bean, WSBA No. 23221<br>2200 Sixth Avenue, Suite 835<br>Seattle, WA 98121<br>206.522.0618<br>matt@beanlawgroup.com<br><br>*Counsel for David Pallies* | By: s/ Melinda S. Riechert<br>Melinda S. Riechert (*pro hac vice*)<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: (650) 843-4000<br>melinda.riechert@morganlewis.com<br><br>By: s/ Laurence A. Shapero<br>Laurence A. Shapero, WSBA #31301<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>1201 Third Avenue, Suite 5150<br>Seattle, WA 98101<br>Tel: (206) 876-5301<br>laurence.shapero@ogletree.com<br><br>*Counsel for The Boeing Company* |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
2:16-CV-1437-RSL

**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
+1.415.442.1000

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2019, I filed the foregoing with the Court's CM/ECF system, which will provide electronic service on the following counsel of record:

Matthew J. Bean, WSBA No. 23221
Cody Fenton-Robertson, WSBA No. 47879
BEAN LAW GROUP
2200 6th Avenue, Suite 835
Seattle, WA 98121
Phone: 206-522-0618
matt@beanlawgroup.com
cody@beanlawgroup.com

*Attorneys for Plaintiff
David Pallies*

*[signature]*
Ashley Rogers, Practice Assistant

DB2/ 36885195

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
2:16-CV-1437-RSL

**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
+1.415.442.1000